September 19, 2011

# ERRATA SHEET

Mark J. Langer, Clerk
U.S. Court of Appeals, D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**Re:    Record No. 10-1289**
**Kiewit Power Constructors Co. v. National Labor Relations Board**

Dear Mr. Langer:

Attached is an Amended Table of Authorities stating the Authorities Chiefly Relied Upon in the Petition For Rehearing *En Banc* of Petitioner.

This omission notwithstanding, it is represented to the Court that there are no additional errors in the Brief, Table of Contents, or Table of Authorities.

Sincerely,

/s/ Charles P. Roberts, III
Charles P. Roberts, III

Charles P. Roberts, III
Constangy, Brooks & Smith, LLP
100 North Cherry Street, Suite 300
Winston-Salem, North Carolina 27101

*Counsel for Petitioner*

## TABLE OF AUTHORITIES

**Page(s)**

**CASES**

**Adtranz ABB Daimler-Benz Transp., N.A., Inc. v. NLRB*,
   253 F.3d 19 (D.C. Cir. 2001)..................................................................1, 5, 6

*Aroostook County Regional Ophthalmology Center v. NLRB*,
   81 F.3d 209 (D.C. Cir. 1996).......................................................1, 4, 6, 14, 15

*Felix Indus., Inc. v. NLRB*,
   251 F.3d 1051 (D.C. Cir. 2001)..........................................................1, 5, 6, 10

*Hickory Springs Manufacturing Co. v. NLRB*,
   645 F.2d 506 (5th Cir. 1981) ..............................................................................9

*NLRB v. Local Union 1229, International Brotherhood of
Electrical Workers (Jefferson Standard)*,
   346 U.S. 464 (1953).......................................................................................1, 5

*Prescott Industrial Products Co.*,
   205 NLRB 51 (1973)..........................................................................................3

**STATUTES**

29 U.S.C. § 157 .......................................................................................1, 13, 14

29 U.S.C § 158(a)(1)..........................................................................................5

29 U.S.C. § 160(c) ...................................................................1, 4, 13, 14, 15

*Denotes Authorities Chiefly Relied Upon

**OTHER AUTHORITIES**

FBI Nat'l Ctr. For the Analysis of Violent Crime, Workplace Violence:
Issues in Response (Eugene A. Ruguala & Arnold R. Issacs eds., 2004),
accessed at http://www.fbi.gov/stats-services/publications..........................11, 12, 13

OSHA Workplace Violence Fact Sheet, accessed at
http://www.osha.gov/pls/publications/publication.html..........................................10

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 19th day of September, 2011, I caused the Errata to Petition for Rehearing *En Banc* to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Linda Dreeben
John H. Ferguson
Jill A. Griffin
Fred B. Jacob
Usha Dheenan
Renee D. McKinney
NATIONAL LABOR RELATIONS BOARD
1099 14th Street, NW
Washington, DC  20570
(202) 273-2960

*Counsel for Respondent*

/s/ Charles P. Roberts III
*Counsel for Petitioner*